JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BARNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security Administration,<br><br>　　　　　Defendant. | Case No. CV 17-1691-AG (SP)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: 12/15/17

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE